IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| RALPH ANGELLILLI, et al., | : : | No. 11-3425 |
| Defendants. | : | |

ORDER

**AND NOW**, this 29th day of January, 2013, upon consideration of the "Motion of Plaintiff for Summary Judgment Pursuant to F.R.C.P. 56" (Doc. No. 62) and the response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the Plaintiff. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**